UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **ABIGAIL COLLINS,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>**WASHINGTON COLLEGE,**<br><br>　　　　　　　　Defendant. | Case No. 1:23-cv-03258-RDB<br><br><br>Complaint filed December 1, 2023 |
| **TAYLOR BRESNAHAN,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>**WASHINGTON COLLEGE,**<br><br>　　　　　　　　Defendant. | Case No. 1:23-cv-03319-BAH<br><br><br>Complaint filed December 6, 2023 |
| **CAITLYN CREASY and VINCENT PACHECO,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>**WASHINGTON COLLEGE,**<br><br>　　　　　　　　Defendant. | Case No. 1:23-cv-03377-JRR<br><br><br>Complaint filed December 13, 2023 |

## ORDER CONSOLIDATING RELATED ACTIONS

　　The Court has reviewed the Motion to Consolidate Related Actions and Memorandum in Support submitted by Plaintiffs Abigail Collins, Taylor Bresnahan, Caitlyn Creasy, and Vincent Pacheco (the "Motion"), and has determined that consolidation of related actions in this proposed class action will promote judicial efficiency and orderly case management while avoiding

1

unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1.  Pursuant to Fed. R. Civ. P. 42(a), the Court hereby consolidates *Collins v. Washington College*, No. 1:23-cv-03258; *Bresnahan v. Washington College*, No. 1:23-cv-03319; and *Creasy, et al. v. Washington College*, No. 1:23-cv-3377 under the new title "*In re Washington College Data Security Incident Litigation*" (each a "Related Action" and together the "Consolidated Action").

2.  No further filings shall be made in Case Nos. 1:23-cv-03319 or 1:23-cv-03377, which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of the Consolidated Complaint. The Consolidated Complaint shall be filed within the next forty-five (45) days, as further set forth below. This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations.

3.  All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

4.  Plaintiffs shall file a Notice of Related Case whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so within ten (10) calendar days. If the Court determines that the case is related, the clerk shall:

    a.  Place a copy of this Order in the separate docket for such action;

    b.  Serve on Plaintiff's counsel in the new case a copy of this Order;

    c.  Direct this Order to be served upon Defendant(s) in the new case; and

    d.  Make the appropriate entry on the Master Docket.

5.  The Court shall enter a scheduling order for further pretrial proceedings as soon as is reasonably practicable.

6.      Plaintiffs in the Consolidated Action shall file an operative Consolidated Complaint within forty-five (45) days of the date of this Order. Defendant shall have thirty (30) days from the date on which Plaintiffs file the Consolidated Complaint to file a response thereto. In the event that Defendant's response is a motion to dismiss, plaintiffs shall have thirty (30) days to file their opposition brief, and Defendant shall have twenty-one (21) days to file a reply brief.

**IT IS FURTHER ORDERED** that the mere communication of otherwise privileged information among and between Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege or the attorney work product immunity, as the Court recognizes that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation.

**IT IS FURTHER ORDERED** that counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in the Consolidated Action, and to conduct themselves in a manner consistent with the Local Rules of the United States District Court for the District of Maryland.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**SO ORDERED.**

/s/

Dated: January 18, 2024

Richard D. Bennett
United States Senior District Judge