# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WASHINGTON COLLEGE DATA SECURITY INCIDENT LITIGATION | Case No. 1:23-cv-03258-RDB (Lead Action) |

## STIPULATION OF DISMISSAL

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each party shall bear its own fees and costs.

Dated: May 3, 2024

Respectfully submitted,

/s/ Courtney L. Weiner
Courtney L. Weiner (D. Md. #19463)
**LAW OFFICE OF COURTNEY WEINER LLC**
1629 K Street, NW, Suite 300
Washington, DC 20006
T: (202) 827-9980
cw@courtneyweinerlaw.com

**APPROVED: 5/6/2024**

 /s/ -      Richard D. Bennett
**U.S. Senior District Judge**

Kevin Laukaitis (*admitted pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Raina C. Borrelli (*admitted pro hac vice*)
**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509 4423
raina@turkestrauss.com

Zachary E. Howerton (D Md. Bar No. 20688)
Roy L. Mason (00922)
**SMOUSE & MASON, LLC**
223 Duke of Gloucester Street
Annapolis, MD 21401
Telephone: (410) 269-6620
Facsimile: (410) 269-1235
zeh@smouseandmason.com
rlm@smouseandmason.com

David K. Lietz*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin A venue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

*Counsel For Plaintiffs and
The Proposed Class*

*Pro Hac Vice applications forthcoming*

*/s/ Christopher G. Dean*
Christopher G. Dean (admitted *pro hac vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue, Suite 2100
Cleveland, Ohio 44114
Tel: (216) 348-5400
Fax: (216) 348-5474
*cdean@mcdonaldhopkins.com*

Spencer S. Pollock (Fed. Bar No. 30209)
Kelly Campbell (Fed. Bar No. 21114)
**McDONALD HOPKINS LLC**
100 International Drive, 23rd Floor

Baltimore, MD  21202
Tel:  (410) 456-2741
spollock@mcdonaldhopkins.com
kcampbell@mcdonaldhopkins.com

*Counsel for Defendant*

Case 1:23-cv-03258-RDB Document 27 Filed 05/06/24 Page 3 of 4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 4, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Courtney L. Weiner*
Courtney L. Weiner